### No. 4080.

### HENRY T. SORREL *v.* HENRY LAURENT.

This is a suit on a promissory note secured by pledge. It is brought against the defendant, as a resident of the parish of Iberville, and was served on him personally in the parish of Orleans. As it is a personal action, unattended with any conservatory writ, the court *a qua* was clearly without jurisdiction against defendant.

APPEAL from the Seventh District Court, parish of Orleans. *Collens, J.* *Hornor & Benedict,* for plaintiff and appellee. *Breaux, Fenner & Hall,* for defendant and appellant.

HOWELL, J. Plaintiff, a resident of the State of Ohio, sued the defendant, as a resident of the parish of Iberville in this State, and served him personally in the parish of Orleans, on a promissory note secured by pledge of movables in possession of their attorneys in New Orleans for plaintiff, and prayed for judgment with privilege on the property held in pledge, and that it be sold to satisfy the judgment. From a judgment confirming a default the defendant has appealed.

The judgment is erroneous. See C. P. 162 and the case of ——.

It is a personal action, unattended with any conservatory writ. The court *a qua* was clearly without jurisdiction over defendant.

It is therefore ordered that the judgment of the court *a qua* be annulled and the suit dismissed at plaintiff's costs in both courts.